STATE OF NEW JERSEY v. WILLIAM JULIANO.

June 4, 1975. Petition for certification denied.

ESSEX COUNTY WELFARE BOARD v. CURTIS PERKINS.

June 4, 1975. Petition for certification denied. (See 133 *N. J. Super.* 189)

STATE OF NEW JERSEY v. DAVID S. McDOWELL.

June 4, 1975. Petition for certification denied.

STATE OF NEW JERSEY, DEPARTMENT OF ENVIRON-MENTAL PROTECTION v. JERSEY CENTRAL POWER AND LIGHT COMPANY.

June 4, 1975. Petition for certification granted. (See 133 *N. J. Super.* 375)

STATE OF NEW JERSEY v. ALFRED J. PARENTEAU.

June 4, 1975. Petition for certification denied.

JOSEPH F. SHANAHAN v. STATE BOARD OF EDUCATION.

June 4, 1975. Petition for certification denied. (See 133 *N. J. Super.* 34)